IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | **Criminal No. 21-00048-JB** |
| **v.** * | |
| * | |
| **BETTY FABLES HARRISON** * | |
| * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through, Sean P. Costello, the United States Attorney for the Southern District of Alabama, and files this unopposed motion to continue the sentencing hearing for defendant Betty Harrison.

On May 17, 2021, Harrison pleaded guilty to a single count Information charging her with wire fraud. [Doc. Nos. 1]  Her sentencing hearing is currently set for August 23, 2021. [Doc. No. 7]

On July 6, 2021, the criminal trial of defendants Chykeetra Maltbia and Leroy Dotson was reset to begin on August 23, 2021.  *See United States v. Maltbia, et al.*, 19-cr-000209-JB.  This trial will be before Judge Beaverstock, who is the sentencing judge for Harrison, and will also involve the undersigned AUSA.  Furthermore, counsel for Harrison represents one of the cooperating witnesses likely to testify for the United States during the Maltbia/Dotson trial.

Due to the conflict between the Harrison sentencing hearing and the Maltbia/Dotson trial, the United States files this unopposed motion to continue the Harrison sentencing hearing to a date in September.[1]

For scheduling purposes, the United States informs the Court that this sentencing hearing is likely to take more than a half hour since both sides will present evidence and/or testimony concerning loss amount and restitution totals.

---

[1] The United States' only conflict in September is on September 24, 2021, when the undersigned will be in Atlanta for oral arguments before the Eleventh Circuit.  Defense counsel he has no conflicts in September.

1

Respectfully submitted this 14th day of July 2021.

                SEAN P. COSTELLO
                UNITED STATES ATTORNEY
                by:

                By: */s/Christopher J. Bodnar*
                Christopher J. Bodnar
                Assistant United States Attorney
                63 South Royal Street, Suite 600
                Mobile, Alabama 36602
                (251) 441–5845