IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 21-048-001 JB |
| | : | |
| Betty Harrison | : | |

## **POSITION ON PSR—ONE OBJECTION**

COMES NOW the Defendant, by and through his attorney of record, Jason Darley, and states the following legal objection to the draft PSR, as it was written.

1. In Part 10, Victim Impact, the PSR lists the amount of loss at $1,166,083, however Counsel has been told that the amount the Government claims is $1,278,739.80. This causes a 14-point increase to the base level under USSG Sec. 2B1.1(b)(1)(H) as the range between, $550,000 but not more $1,500,000 as set by the Guideline Range.

2. Harrison, through Counsel, claims this amount of loss is significantly less, as Harrison earned much of what is claimed, and as such the rightfully earned money offsets much of the amount claimed by the Government.

3. Counsel and AUSA Bodnar are attempting to come to an agreement as to the amount, but due to trial schedules and the complexity and volume of material, the amount is still not agreed upon. This fact may change, however at the time the amount remains contested.

4. Counsel anticipates asserting an amount upon the filing of a sentencing memo shortly.

Respectfully Submitted August 31st, 2021 by,

/s/ Jason Darley
Jason Darley
7 North Lawrence Street
Mobile, AL 36603
(251) 441-7772
darleylaw@gmail.com

## Certificate of Service

I hereby certify that I have served a copy of the forgoing on the undersigned by electronic filing on this <u>31st</u> day of <u>August</u> 2021.

US Attorney's Office
AUSA Chris Bodnar

/s/Jason Darley
Jason Darley