**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. 21-00048-JB** |
| **v.** | * | |
| | * | |
| **BETTY FABLES HARRISON** | * | |
| | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and files this unopposed motion to continue the sentencing hearing for defendant Betty Harrison, which is currently set for September 13, 2021.

On Saturday, September 5, 2021, I tested positive for COVID-19 despite having been fully vaccinated for many months. Thankfully, my symptoms are minimal. However, I will not be able to be in court on the presently-set date for this hearing due to quarantine restrictions. Loss and restitution amounts will be contested at sentencing, and this will likely require witness testimony. Thus, this is not a sentencing hearing that can easily be handed off to another AUSA.

I have spoken with attorney Jason Darley who represents Harrison, and he does not oppose this continuance requests. It is likely that I will be able to return to work and the courthouse by mid next week, but just in case, the United States is moving to have this sentencing rescheduled to the week of September 20th or later.

Mr. Darley notes that his upcoming conflicts are all day on Wednesday, September 22, 2021, as well as the afternoon of Friday, September 24, 2021. The only conflict for the United States is in the morning of Friday, September 24, 2021, when I have oral arguments before the Eleventh Circuit. Neither party has any conflicts the week of September 27th.

For the reason set out herein, the United States moves this Court to reschedule the sentencing hearing for defendant Betty Harrison, which is presently set for September 13, 2021.

Respectfully submitted this 7th day of July 2021.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
by:

By: */s/ Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845